**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STELLA FELDMAN, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

GC SERVICES LIMITED PARTNERSHIP,

                Defendant.

Docket No: 1:17-cv-06050-ENV-CLP

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff STELLA FELDMAN, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

                Respectfully submitted,

                By:  /s/ Joseph H. Mizrahi
                Joseph H. Mizrahi, Esq.
                Joseph H. Mizrahi Law, P.C.
                300 Cadman Plaza West, 12th Fl.
                Brooklyn, New York 11201
                Phone:   (917) 299-6612
                Facsimile: (718) 425-8954
                *Attorney for Plaintiff*

Dated:    Brooklyn, New York
            January 25, 2018

1