

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stella Feldman, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | Case No. 17-cv-06050-ENV-CLP |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys fees.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/19/18

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.

Respectfully submitted,

/s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
**Joseph H. Mizrahi Law P.C.**
300 Camden Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone (929) 575-4175
Fax: (929) 575-4195
Email: joseph@cml.legal
*Attorney for Plaintiff*

/s/ *Emily Kirsch*
Emily Kirsch
Kirsch & Niehaus, PLLC
150 East 58th Street, 22nd Floor
New York, NY 10075
Telephone (212) 832-0170)
Facsimile (212) 624-0223
Email: Emily.kirsch@kirschniehaus.com

**ATTORNEYS FOR DEFENDANT,
GC SERVICES LIMITED
PARTNERSHIP.**

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 27th day of February, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Emily Kirsch                               Emily.kirsch@kirschniehaus.com


*Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq